SUSAN S. LONG, ESQ. (SL2268)
The Law Offices of Susan S. Long
4 East Ridgewood Avenue, Suite 2
Ridgewood, New Jersey 07450
(201) 661-3451
ATTORNEY FOR DEBTOR

**Order Filed on December 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re : : : | Case No. 19-22360 |
| MICHAEL A. GALLO : : | Judge: Honorable John K. Sherwood |
| Debtor. : : |  |

### ORDER DISALLOWING PROOF OF CLAIM NO. 7 AND
### PROOF OF CLAIM NO. 11 FILED BY BECKET AND LEE LLP

The relief set forth on the following page, page two (2), is hereby **ORDERED**.

**DATED: December 24, 2019**

DATED:

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Page:** | 2 |
| **Debtor:** | Michael A. Gallo |
| **Case No.:** | 19-22360, Chapter 13 |
| **Caption:** | **ORDER DISALLOWING PROOF OF CLAIM NO. 7 AND PROOF OF CLAIM NO. 11 FILED BY BECKET AND LEE LLP** |

This matter being opened to the Court by Susan S. Long, Esq., Counsel for the Debtor, Michael A. Gallo, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition:

**IT IS ORDERED** that Proof of Claim No. 7 filed by Becket and Lee LLP on behalf of the creditor American Express National Bank and Proof of Claim No. 11 filed by Becket and Lee LLP on behalf of the creditor American Express Travel Related Services Company, Inc. are hereby disallowed.