SUSAN S. LONG, ESQ. (SL2268)
The Law Offices of Susan S. Long
4 East Ridgewood Avenue, Suite 2
Ridgewood, New Jersey 07450
(201) 661-3451
ATTORNEY FOR DEBTOR

**Order Filed on December 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re

MICHAEL A. GALLO

Debtor.

Case No. 19-22360

Judge: Honorable John K. Sherwood

## ORDER DISALLOWING PROOF OF CLAIM NO. 7 AND
## PROOF OF CLAIM NO. 11 FILED BY BECKET AND LEE LLP

The relief set forth on the following page, page two (2), is hereby **ORDERED**.

**DATED: December 24, 2019**

DATED:

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Page:** | 2 |
| **Debtor:** | Michael A. Gallo |
| **Case No.:** | 19-22360, Chapter 13 |
| **Caption:** | **ORDER DISALLOWING PROOF OF CLAIM NO. 7 AND PROOF OF CLAIM NO. 11 FILED BY BECKET AND LEE LLP** |

This matter being opened to the Court by Susan S. Long, Esq., Counsel for the Debtor, Michael A. Gallo, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition:

**IT IS ORDERED** that Proof of Claim No. 7 filed by Becket and Lee LLP on behalf of the creditor American Express National Bank and Proof of Claim No. 11 filed by Becket and Lee LLP on behalf of the creditor American Express Travel Related Services Company, Inc. are hereby disallowed.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A. Gallo  
     Debtor

Case No. 19-22360-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db         +Michael A. Gallo,   16 Maple Ave.,   Westwood, NJ 07675-1641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, by its Servicing Agent Specialized Loan Servicing LLC kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Susan S. Long    on behalf of Debtor Michael A. Gallo susan@susanlonglaw.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 4