Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY  7, 2024

**Chapter 13 Case # 19-22360**

Re:  MICHAEL A. GALLO  
16 MAPLE AVE.  
WESTWOOD, NJ  07675

Atty:  SUSAN S. LONG  
THE LAW OFFICES OF SUSAN S. LONG  
4 EAST RIDGEWOOD AVENUE, SUITE 2  
RIDGEWOOD, NJ  07450

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2019 | $1,350.00 | 6097155000 | 08/16/2019 | $1,350.00 | 6102078000 |
| 09/18/2019 | $1,350.00 | 6183375000 | 10/21/2019 | $2,117.00 | 6265870000 |
| 11/19/2019 | $2,117.00 | 6340293000 | 12/17/2019 | $2,117.00 | 6410599000 |
| 01/17/2020 | $2,117.00 | 6490858000 | 02/19/2020 | $2,117.00 | 6569770000 |
| 03/19/2020 | $2,117.00 | 6649046000 | 04/20/2020 | $2,117.00 | 6726873000 |
| 05/19/2020 | $2,117.00 | 6800796000 | 06/18/2020 | $2,117.00 | 6874789000 |
| 07/17/2020 | $2,117.00 | 6946922000 | 08/19/2020 | $2,117.00 | 7022585000 |
| 09/21/2020 | $2,117.00 | 7097223000 | 10/19/2020 | $2,117.00 | 7166691000 |
| 11/16/2020 | $2,117.00 | 7233901000 | 12/18/2020 | $2,117.00 | 7315896000 |
| 01/20/2021 | $2,117.00 | 7390590000 | 02/19/2021 | $2,117.00 | 7462719000 |
| 03/22/2021 | $2,117.00 | 7539573000 | 04/20/2021 | $2,117.00 | 7611409000 |
| 05/19/2021 | $2,117.00 | 7679846000 | 06/21/2021 | $2,117.00 | 7753184000 |
| 07/20/2021 | $2,117.00 | 7822212000 | 08/20/2021 | $2,117.00 | 7892317000 |
| 09/22/2021 | $2,117.00 | 7964172000 | 10/20/2021 | $2,117.00 | 8026563000 |
| 11/22/2021 | $2,117.00 | 8096427000 | 12/16/2021 | $2,117.00 | 8149797000 |
| 01/19/2022 | $2,117.00 | 8218664000 | 02/18/2022 | $2,117.00 | 8283757000 |
| 03/18/2022 | $2,117.00 | 8348322000 | 04/20/2022 | $2,117.00 | 8414191000 |
| 05/17/2022 | $2,117.00 | 8472314000 | 06/20/2022 | $2,117.00 | 8539085000 |
| 07/21/2022 | $2,117.00 | 8599262000 | 08/22/2022 | $2,117.00 | 8661307000 |
| 09/19/2022 | $2,117.00 | 8714030000 | 10/21/2022 | $2,117.00 | 8780076000 |
| 11/18/2022 | $2,117.00 | 8834476000 | 12/21/2022 | $2,117.00 | 8894603000 |
| 01/23/2023 | $2,117.00 | 8952310000 | 02/21/2023 | $2,117.00 | 9006509000 |
| 03/23/2023 | $2,117.00 | 9069539000 | 05/01/2023 | $2,117.00 | 9136897000 |
| 05/22/2023 | $2,117.00 | 9179733000 | 06/26/2023 | $2,117.00 | 9237356000 |
| 07/24/2023 | $2,117.00 | 9287801000 | 08/24/2023 | $2,117.00 | 9343297000 |
| 09/26/2023 | $2,117.00 | 9398188000 | 10/27/2023 | $2,117.00 | 9450946000 |
| 11/28/2023 | $2,117.00 | 9503009000 | 12/28/2023 | $2,117.00 | 9551298000 |
| 01/25/2024 | $2,117.00 | 9599158000 | 02/28/2024 | $2,117.00 | 9654116000 |
| 03/29/2024 | $2,117.00 | 9706191000 | | | |

**Total Receipts: $118,368.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $118,368.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,182.07 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ARS NATIONAL SERVICES, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,742.20 | 100.00% | 3,718.61 | 23.59 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,464.63 | 100.00% | 2,449.09 | 15.54 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,246.29 | 100.00% | 4,219.52 | 26.77 |
| 0006 | CHASE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITIBANK/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CONSTAR FINANCIAL SERVICES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,175.82 | 100.00% | 1,168.41 | 7.41 |
| 0013 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,077.74 | 100.00% | 1,070.95 | 6.79 |
| 0014 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | DRS. BARBIERI, COLAMEO AND BERARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | GEORGE DAILY | UNSECURED | 45,000.00 | 100.00% | 44,716.26 | 283.74 |
| 0019 | KIA MOTORS FINANCE CO. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 15,281.72 | 100.00% | 12,653.15 | 2,628.57 |
| 0024 | NEUROSURGICAL ASSOCIATES, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | CITIBANK NA | UNSECURED | 3,134.92 | 100.00% | 3,115.16 | 19.76 |
| 0027 | SYNCHRONY BANK | UNSECURED | 3,927.03 | 100.00% | 3,902.27 | 24.76 |
| 0028 | PHILLIPS & COHEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | RAYMOND B. CALANTONE, DMD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | SNAP DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,358.57 | 100.00% | 3,358.57 | 0.00 |
| 0039 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | SYNCHRONY BANK/TOYSRUS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | SYNCHRONY BANK/WALMART | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | WELLS FARGO BANK NA | UNSECURED | 821.20 | 100.00% | 816.02 | 5.18 |
| 0050 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | JPMORGAN CHASE BANK NA | UNSECURED | 25,679.99 | 100.00% | 25,518.07 | 161.92 |
| 0056 | DEPT. OF EDUCATION/GREAT LAKES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0057 | HACKENSACK MERIDIAN HEALTH | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0059 | AMERICAN EXPRESS TRAVEL RELATED S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

Total Paid: **$113,888.15**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | |
| | 07/20/2020 | $540.56 | 852043 | 08/17/2020 | $57.64 | 853919 |
| | 09/21/2020 | $57.61 | 855697 | 11/16/2020 | $57.60 | 859392 |
| | 12/21/2020 | $115.24 | 861180 | 02/22/2021 | $115.23 | 864620 |
| | 04/19/2021 | $57.61 | 868138 | 05/17/2021 | $57.62 | 870073 |

**Chapter 13 Case # 19-22360**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/21/2021 | $116.16 | 871848 | | 08/16/2021 | $58.55 | 875364 |
| | 09/20/2021 | $117.09 | 877078 | | 11/17/2021 | $58.55 | 880566 |
| | 12/13/2021 | $59.17 | 882202 | | 01/10/2022 | $59.19 | 883859 |
| | 02/14/2022 | $59.14 | 885533 | | 03/14/2022 | $59.20 | 887256 |
| | 04/18/2022 | $119.27 | 888920 | | 06/20/2022 | $120.21 | 892328 |
| | 08/15/2022 | $60.09 | 895642 | | 09/19/2022 | $60.12 | 897223 |
| | 10/17/2022 | $60.11 | 898904 | | 11/14/2022 | $60.08 | 900469 |
| | 12/12/2022 | $58.89 | 902041 | | 01/09/2023 | $58.83 | 903534 |
| | 02/13/2023 | $58.89 | 905036 | | 03/13/2023 | $58.84 | 906652 |
| | 04/17/2023 | $58.86 | 908217 | | 05/15/2023 | $58.87 | 909863 |
| | 06/12/2023 | $58.24 | 911319 | | 07/17/2023 | $58.23 | 912838 |
| | 08/14/2023 | $58.24 | 914357 | | 09/18/2023 | $58.24 | 915853 |
| | 10/16/2023 | $58.23 | 917354 | | 11/13/2023 | $58.24 | 918782 |
| | 12/11/2023 | $57.30 | 920203 | | 01/08/2024 | $57.30 | 921605 |
| | 02/12/2024 | $57.30 | 922931 | | 03/11/2024 | $57.32 | 924397 |
| | 04/15/2024 | $57.30 | 925812 | | | | |
| DELL FINANCIAL SERVICES LLC | | | | | | | |
| | 07/20/2020 | $185.84 | 852386 | | 08/17/2020 | $19.81 | 854251 |
| | 09/21/2020 | $19.81 | 856069 | | 11/16/2020 | $19.80 | 859741 |
| | 12/21/2020 | $39.62 | 861569 | | 02/22/2021 | $39.61 | 865041 |
| | 04/19/2021 | $19.81 | 868572 | | 05/17/2021 | $19.81 | 870470 |
| | 06/21/2021 | $39.93 | 872280 | | 08/16/2021 | $20.13 | 875754 |
| | 09/20/2021 | $40.26 | 877498 | | 11/17/2021 | $20.12 | 880977 |
| | 12/13/2021 | $20.34 | 882608 | | 01/10/2022 | $20.35 | 884263 |
| | 02/14/2022 | $20.34 | 885960 | | 03/14/2022 | $20.34 | 887661 |
| | 04/18/2022 | $41.01 | 889375 | | 06/20/2022 | $41.33 | 892764 |
| | 08/15/2022 | $20.66 | 896052 | | 09/19/2022 | $20.66 | 897659 |
| | 10/17/2022 | $20.66 | 899316 | | 11/14/2022 | $20.67 | 900897 |
| | 12/12/2022 | $20.23 | 902441 | | 01/09/2023 | $20.24 | 903931 |
| | 02/13/2023 | $20.23 | 905467 | | 03/13/2023 | $20.24 | 907076 |
| | 04/17/2023 | $20.24 | 908680 | | 05/15/2023 | $20.23 | 910281 |
| | 06/12/2023 | $20.02 | 911754 | | 07/17/2023 | $20.03 | 913274 |
| | 08/14/2023 | $20.01 | 914792 | | 09/18/2023 | $20.02 | 916289 |
| | 10/16/2023 | $20.03 | 917766 | | 11/13/2023 | $20.01 | 919214 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 07/20/2020 | $202.76 | 852389 | | 08/17/2020 | $21.61 | 854254 |
| | 09/21/2020 | $21.61 | 856072 | | 11/16/2020 | $21.60 | 859744 |
| | 12/21/2020 | $43.22 | 861571 | | 02/22/2021 | $43.22 | 865043 |
| | 04/19/2021 | $21.62 | 868575 | | 04/19/2021 | ($21.62) | 868575 |
| | 04/19/2021 | $21.62 | 869689 | | 05/17/2021 | $21.60 | 870472 |
| | 06/21/2021 | $43.57 | 872283 | | 08/16/2021 | $21.96 | 875757 |
| | 09/20/2021 | $43.92 | 877500 | | 11/17/2021 | $21.96 | 880981 |
| | 12/13/2021 | $22.19 | 882612 | | 01/10/2022 | $22.20 | 884266 |
| | 02/14/2022 | $22.19 | 885963 | | 03/14/2022 | $22.19 | 887664 |
| | 04/18/2022 | $44.74 | 889378 | | 06/20/2022 | $45.09 | 892767 |
| | 08/15/2022 | $22.54 | 896055 | | 09/19/2022 | $22.55 | 897662 |
| | 10/17/2022 | $22.54 | 899320 | | 11/14/2022 | $22.55 | 900900 |
| | 12/12/2022 | $22.08 | 902445 | | 01/09/2023 | $22.07 | 903934 |
| | 02/13/2023 | $22.08 | 905471 | | 03/13/2023 | $22.07 | 907080 |
| | 04/17/2023 | $22.08 | 908684 | | 05/15/2023 | $22.07 | 910284 |
| | 06/12/2023 | $21.84 | 911757 | | 07/17/2023 | $21.85 | 913278 |
| | 08/14/2023 | $21.84 | 914796 | | 09/18/2023 | $21.84 | 916292 |
| | 10/16/2023 | $21.85 | 917769 | | 11/13/2023 | $21.85 | 919216 |
| | 12/11/2023 | $21.48 | 920632 | | 01/08/2024 | $21.50 | 922009 |
| | 02/12/2024 | $21.49 | 923367 | | 03/06/2024 | ($21.48) | 920632 |
| | 03/06/2024 | $21.48 | 924266 | | 03/11/2024 | $21.49 | 924821 |
| | 04/15/2024 | $21.50 | 926258 | | | | |

**Chapter 13 Case # 19-22360**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| GEORGE DAILY | | | | | | | |
| | 07/20/2020 | $7,759.69 | 852482 | | 08/17/2020 | $827.03 | 854344 |
| | 09/21/2020 | $827.02 | 856162 | | 11/16/2020 | $827.03 | 859835 |
| | 12/21/2020 | $1,654.03 | 861659 | | 02/22/2021 | $1,654.03 | 865142 |
| | 04/19/2021 | $826.95 | 868679 | | 05/17/2021 | $827.12 | 870570 |
| | 06/21/2021 | $1,667.41 | 872377 | | 08/16/2021 | $840.42 | 875856 |
| | 09/20/2021 | $1,680.88 | 877597 | | 11/17/2021 | $840.42 | 881077 |
| | 12/13/2021 | $849.37 | 882702 | | 01/10/2022 | $849.35 | 884354 |
| | 02/14/2022 | $849.40 | 886051 | | 03/14/2022 | $849.35 | 887756 |
| | 04/18/2022 | $1,712.17 | 889483 | | 06/20/2022 | $1,725.56 | 892874 |
| | 08/15/2022 | $862.81 | 896149 | | 09/19/2022 | $862.76 | 897758 |
| | 10/05/2022 | ($1,725.56) | 892874 | | 10/17/2022 | $2,588.34 | 899408 |
| | 11/14/2022 | $862.79 | 900986 | | 12/12/2022 | $844.87 | 902534 |
| | 01/09/2023 | $844.93 | 904025 | | 02/13/2023 | $844.88 | 905566 |
| | 03/13/2023 | $844.91 | 907175 | | 04/17/2023 | $844.90 | 908779 |
| | 05/15/2023 | $844.90 | 910375 | | 06/12/2023 | $835.96 | 911853 |
| | 07/17/2023 | $835.96 | 913373 | | 08/14/2023 | $835.97 | 914892 |
| | 09/18/2023 | $835.96 | 916383 | | 10/16/2023 | $835.93 | 917855 |
| | 11/13/2023 | $836.00 | 919309 | | 12/11/2023 | $822.54 | 920707 |
| | 01/08/2024 | $822.54 | 922093 | | 02/12/2024 | $822.54 | 923457 |
| | 03/11/2024 | $822.54 | 924903 | | 04/15/2024 | $822.56 | 926342 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 07/20/2020 | $4,428.21 | 852089 | | 08/17/2020 | $471.94 | 853959 |
| | 09/21/2020 | $471.95 | 855745 | | 11/16/2020 | $471.96 | 859430 |
| | 12/21/2020 | $943.90 | 861227 | | 02/22/2021 | $943.90 | 864669 |
| | 04/19/2021 | $471.91 | 868187 | | 04/19/2021 | ($471.91) | 868187 |
| | 04/19/2021 | $471.91 | 869687 | | 05/17/2021 | $472.02 | 870114 |
| | 06/21/2021 | $951.53 | 871892 | | 08/16/2021 | $479.60 | 875401 |
| | 09/20/2021 | $959.22 | 877119 | | 11/17/2021 | $479.60 | 880606 |
| | 12/13/2021 | $484.71 | 882243 | | 01/10/2022 | $484.70 | 883901 |
| | 02/14/2022 | $484.72 | 885573 | | 03/14/2022 | $484.70 | 887294 |
| | 04/18/2022 | $977.07 | 888960 | | 06/20/2022 | $984.72 | 892366 |
| | 08/15/2022 | $492.37 | 895676 | | 09/19/2022 | $492.35 | 897261 |
| | 10/17/2022 | $492.36 | 898937 | | 11/14/2022 | $492.37 | 900501 |
| | 12/12/2022 | $482.14 | 902076 | | 01/09/2023 | $482.17 | 903565 |
| | 02/13/2023 | $482.15 | 905071 | | 03/13/2023 | $482.16 | 906685 |
| | 04/17/2023 | $482.15 | 908253 | | 05/15/2023 | $482.16 | 909893 |
| | 06/12/2023 | $477.05 | 911349 | | 07/17/2023 | $477.06 | 912865 |
| | 08/14/2023 | $477.06 | 914386 | | 09/18/2023 | $477.06 | 915879 |
| | 10/16/2023 | $477.04 | 917382 | | 11/13/2023 | $477.07 | 918808 |
| | 12/11/2023 | $469.39 | 920230 | | 01/08/2024 | $469.40 | 921628 |
| | 02/12/2024 | $469.40 | 922956 | | 03/11/2024 | $469.39 | 924421 |
| | 04/15/2024 | $469.41 | 925835 | | | | |

**Chapter 13 Case # 19-22360**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LENDINGCLUB CORPORATION | | | | | | | |
| | 07/20/2020 | $2,635.15 | 851928 | | 08/17/2020 | $280.84 | 853811 |
| | 09/21/2020 | $280.85 | 855580 | | 11/16/2020 | $280.86 | 859285 |
| | 12/21/2020 | $561.69 | 861063 | | 02/22/2021 | $561.70 | 864496 |
| | 04/19/2021 | $280.90 | 868023 | | 05/17/2021 | $280.76 | 869962 |
| | 06/21/2021 | $566.30 | 871722 | | 08/16/2021 | $285.40 | 875264 |
| | 09/20/2021 | $570.82 | 876987 | | 11/17/2021 | $285.40 | 880483 |
| | 12/13/2021 | $288.44 | 882129 | | 01/10/2022 | $288.43 | 883775 |
| | 02/14/2022 | $288.46 | 885449 | | 03/14/2022 | $288.44 | 887174 |
| | 04/18/2022 | $581.43 | 888832 | | 06/20/2022 | $585.99 | 892250 |
| | 08/15/2022 | $293.00 | 895562 | | 09/19/2022 | $292.99 | 897141 |
| | 10/17/2022 | $292.99 | 898822 | | 11/14/2022 | $293.01 | 900399 |
| | 12/12/2022 | $286.91 | 901966 | | 01/09/2023 | $286.93 | 903461 |
| | 02/13/2023 | $286.92 | 904966 | | 03/13/2023 | $286.93 | 906591 |
| | 04/17/2023 | $286.92 | 908147 | | 05/15/2023 | $286.92 | 909807 |
| | 06/12/2023 | $283.89 | 911263 | | 07/17/2023 | $283.88 | 912788 |
| | 08/14/2023 | $283.89 | 914313 | | 09/11/2023 | ($283.89) | 914313 |
| | 09/11/2023 | $283.89 | 915664 | | 09/18/2023 | $283.89 | 915802 |
| | 10/02/2023 | ($283.89) | 915664 | | 11/06/2023 | ($283.89) | 915802 |

**Chapter 13 Case # 19-22360**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 07/20/2020 | $732.22 | 8001651 | 07/20/2020 | $645.29 | 8001651 |
| | 07/20/2020 | $425.00 | 8001651 | 08/17/2020 | $45.30 | 8001715 |
| | 08/17/2020 | $68.78 | 8001715 | 08/17/2020 | $78.04 | 8001715 |
| | 09/21/2020 | $78.04 | 8001772 | 09/21/2020 | $68.77 | 8001772 |
| | 09/21/2020 | $45.30 | 8001772 | 11/16/2020 | $45.28 | 8001892 |
| | 11/16/2020 | $68.78 | 8001892 | 11/16/2020 | $78.04 | 8001892 |
| | 12/21/2020 | $156.08 | 8001947 | 12/21/2020 | $137.55 | 8001947 |
| | 12/21/2020 | $90.59 | 8001947 | 02/22/2021 | $90.59 | 8002065 |
| | 02/22/2021 | $137.55 | 8002065 | 02/22/2021 | $156.08 | 8002065 |
| | 04/19/2021 | $78.03 | 8002171 | 04/19/2021 | $68.79 | 8002171 |
| | 04/19/2021 | $45.31 | 8002171 | 05/17/2021 | $45.28 | 8002234 |
| | 05/17/2021 | $68.75 | 8002234 | 05/17/2021 | $78.04 | 8002234 |
| | 06/21/2021 | $157.35 | 8002277 | 06/21/2021 | $138.67 | 8002277 |
| | 06/21/2021 | $91.33 | 8002277 | 08/16/2021 | $46.03 | 8002383 |
| | 08/16/2021 | $69.91 | 8002383 | 08/16/2021 | $79.30 | 8002383 |
| | 09/20/2021 | $158.61 | 8002432 | 09/20/2021 | $139.75 | 8002432 |
| | 09/20/2021 | $92.06 | 8002432 | 11/17/2021 | $46.03 | 8002529 |
| | 11/17/2021 | $69.91 | 8002529 | 11/17/2021 | $79.30 | 8002529 |
| | 12/13/2021 | $80.15 | 8002581 | 12/13/2021 | $70.63 | 8002581 |
| | 12/13/2021 | $46.52 | 8002581 | 01/10/2022 | $46.52 | 8002633 |
| | 01/10/2022 | $70.63 | 8002633 | 01/10/2022 | $80.17 | 8002633 |
| | 02/14/2022 | $80.13 | 8002683 | 02/14/2022 | $70.64 | 8002683 |
| | 02/14/2022 | $46.52 | 8002683 | 03/14/2022 | $46.52 | 8002741 |
| | 03/14/2022 | $70.63 | 8002741 | 03/14/2022 | $80.15 | 8002741 |
| | 04/18/2022 | $161.56 | 8002785 | 04/18/2022 | $142.39 | 8002785 |
| | 04/18/2022 | $93.77 | 8002785 | 06/20/2022 | $94.51 | 8002892 |
| | 06/20/2022 | $143.50 | 8002892 | 06/20/2022 | $162.83 | 8002892 |
| | 08/15/2022 | $81.41 | 8002997 | 08/15/2022 | $71.73 | 8002997 |
| | 08/15/2022 | $47.25 | 8002997 | 09/19/2022 | $47.25 | 8003048 |
| | 09/19/2022 | $71.77 | 8003048 | 09/19/2022 | $81.41 | 8003048 |
| | 10/17/2022 | $81.41 | 8003103 | 10/17/2022 | $71.75 | 8003103 |
| | 10/17/2022 | $47.25 | 8003103 | 11/14/2022 | $47.27 | 8003148 |
| | 11/14/2022 | $71.72 | 8003148 | 11/14/2022 | $81.42 | 8003148 |
| | 12/12/2022 | $79.74 | 8003201 | 12/12/2022 | $70.29 | 8003201 |
| | 12/12/2022 | $46.27 | 8003201 | 01/09/2023 | $46.27 | 8003257 |
| | 01/09/2023 | $70.25 | 8003257 | 01/09/2023 | $79.72 | 8003257 |
| | 02/13/2023 | $79.72 | 8003309 | 02/13/2023 | $70.26 | 8003309 |
| | 02/13/2023 | $46.28 | 8003309 | 03/13/2023 | $46.28 | 8003367 |
| | 03/13/2023 | $70.26 | 8003367 | 03/13/2023 | $79.73 | 8003367 |
| | 04/17/2023 | $79.73 | 8003414 | 04/17/2023 | $70.26 | 8003414 |
| | 04/17/2023 | $46.27 | 8003414 | 05/15/2023 | $46.28 | 8003472 |
| | 05/15/2023 | $70.27 | 8003472 | 05/15/2023 | $79.72 | 8003472 |
| | 06/12/2023 | $78.88 | 8003529 | 06/12/2023 | $69.52 | 8003529 |
| | 06/12/2023 | $45.78 | 8003529 | 07/17/2023 | $45.79 | 8003582 |
| | 07/17/2023 | $69.52 | 8003582 | 07/17/2023 | $78.88 | 8003582 |
| | 08/14/2023 | $78.89 | 8003637 | 08/14/2023 | $69.51 | 8003637 |
| | 08/14/2023 | $45.78 | 8003637 | 09/18/2023 | $45.79 | 8003690 |
| | 09/18/2023 | $69.52 | 8003690 | 09/18/2023 | $78.88 | 8003690 |
| | 10/16/2023 | $78.88 | 8003749 | 10/16/2023 | $69.52 | 8003749 |
| | 10/16/2023 | $45.78 | 8003749 | 11/13/2023 | $45.79 | 8003806 |
| | 11/13/2023 | $69.52 | 8003806 | 11/13/2023 | $78.89 | 8003806 |
| | 12/11/2023 | $77.62 | 8003859 | 12/11/2023 | $68.40 | 8003859 |
| | 12/11/2023 | $45.05 | 8003859 | 01/08/2024 | $45.05 | 8003906 |
| | 01/08/2024 | $68.40 | 8003906 | 01/08/2024 | $77.62 | 8003906 |
| | 02/12/2024 | $77.62 | 8003947 | 02/12/2024 | $68.40 | 8003947 |
| | 02/12/2024 | $45.05 | 8003947 | 03/11/2024 | $45.05 | 8003991 |
| | 03/11/2024 | $68.42 | 8003991 | 03/11/2024 | $77.61 | 8003991 |
| | 04/15/2024 | $77.62 | 8004035 | 04/15/2024 | $68.40 | 8004035 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 04/15/2024 | $45.05 | 8004035 | | | | |
| RESURGENT CAPITAL SERVICES | | | | | | | |
| | 12/11/2023 | $19.71 | 920991 | | 01/08/2024 | $19.70 | 922358 |
| | 02/12/2024 | $19.70 | 923748 | | 03/11/2024 | $19.70 | 925188 |
| | 04/15/2024 | $19.70 | 926660 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 10/21/2019 | $3,358.57 | 836005 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 07/20/2020 | $677.16 | 853181 | | 08/17/2020 | $72.18 | 854997 |
| | 09/21/2020 | $72.17 | 856879 | | 11/16/2020 | $72.17 | 860475 |
| | 12/21/2020 | $144.34 | 862371 | | 02/22/2021 | $144.34 | 865899 |
| | 04/19/2021 | $72.19 | 869395 | | 05/17/2021 | $72.15 | 871199 |
| | 06/21/2021 | $145.53 | 873053 | | 08/16/2021 | $73.34 | 876492 |
| | 09/20/2021 | $146.68 | 878267 | | 11/17/2021 | $73.35 | 881677 |
| | 12/13/2021 | $74.12 | 883317 | | 01/10/2022 | $74.12 | 884964 |
| | 02/14/2022 | $74.13 | 886687 | | 03/14/2022 | $74.12 | 888361 |
| | 04/18/2022 | $149.41 | 890131 | | 06/20/2022 | $150.58 | 893525 |
| | 08/15/2022 | $75.30 | 896703 | | 09/19/2022 | $75.29 | 898367 |
| | 10/17/2022 | $75.29 | 899991 | | 11/14/2022 | $75.30 | 901561 |
| | 12/12/2022 | $73.73 | 903093 | | 01/09/2023 | $73.73 | 904587 |
| | 02/13/2023 | $73.73 | 906154 | | 03/13/2023 | $73.73 | 907745 |
| | 04/17/2023 | $73.73 | 909395 | | 05/15/2023 | $73.74 | 910907 |
| | 06/12/2023 | $72.95 | 912410 | | 07/17/2023 | $72.96 | 913934 |
| | 08/14/2023 | $72.94 | 915404 | | 09/18/2023 | $72.95 | 916943 |
| | 10/16/2023 | $72.97 | 918373 | | 11/13/2023 | $72.93 | 919819 |
| | 12/11/2023 | $71.79 | 921232 | | 01/08/2024 | $71.78 | 922584 |
| | 02/12/2024 | $71.78 | 924010 | | 03/11/2024 | $71.78 | 925435 |
| | 04/15/2024 | $71.79 | 926933 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 07/20/2020 | $141.62 | 853358 | | 08/17/2020 | $15.08 | 855162 |
| | 09/21/2020 | $15.09 | 857070 | | 11/16/2020 | $15.10 | 860646 |
| | 12/21/2020 | $30.18 | 862564 | | 02/22/2021 | $30.18 | 866093 |
| | 04/19/2021 | $15.10 | 869580 | | 05/17/2021 | $15.09 | 871368 |
| | 06/21/2021 | $30.42 | 873226 | | 08/16/2021 | $15.35 | 876645 |
| | 09/20/2021 | $30.67 | 878440 | | 11/17/2021 | $15.33 | 881831 |
| | 12/13/2021 | $15.50 | 883475 | | 01/10/2022 | $15.51 | 885121 |
| | 02/14/2022 | $15.49 | 886861 | | 03/14/2022 | $15.51 | 888524 |
| | 04/18/2022 | $31.24 | 890308 | | 06/20/2022 | $31.49 | 893698 |
| | 08/15/2022 | $15.74 | 896861 | | 09/19/2022 | $15.74 | 898550 |
| | 10/05/2022 | ($31.49) | 893698 | | 10/05/2022 | $31.49 | 898659 |
| | 10/17/2022 | $15.75 | 900146 | | 11/14/2022 | $15.75 | 901721 |
| | 12/12/2022 | $15.42 | 903239 | | 01/09/2023 | $15.41 | 904733 |
| | 02/13/2023 | $15.43 | 906326 | | 03/13/2023 | $15.41 | 907894 |
| | 04/17/2023 | $15.42 | 909557 | | 05/15/2023 | $15.41 | 911041 |
| | 06/12/2023 | $15.27 | 912556 | | 07/17/2023 | $15.24 | 914082 |
| | 08/14/2023 | $15.26 | 915550 | | 09/18/2023 | $15.26 | 917082 |
| | 10/16/2023 | $15.25 | 918512 | | 11/13/2023 | $15.26 | 919959 |
| | 12/11/2023 | $15.01 | 921359 | | 01/08/2024 | $15.01 | 922705 |
| | 02/12/2024 | $15.01 | 924147 | | 03/11/2024 | $15.01 | 925562 |
| | 04/15/2024 | $15.01 | 927069 | | | | |

**Chapter 13 Case # 19-22360**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 07, 2024.

Receipts: $118,368.00     -     Paid to Claims: $106,706.08     -     Admin Costs Paid: $7,182.07     =     Funds on Hand: $4,479.85

Unpaid Balance to Claims: $3,204.03     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($1,275.82)

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.