U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 MAY 21  P 3:12

JEANNE A. NAUGHTON
BY /s/
DEPUTY CLERK

Certificate Number: 14912-NJ-DE-038465823

Bankruptcy Case Number: 19-22360

14912-NJ-DE-038465823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 10, 2024</u>, at <u>4:00</u> o'clock <u>PM EDT</u>, <u>Michael Gallo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>May 10, 2024</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>