UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael A. Gallo

Case No.: 19-22360

Chapter: 13

Judge: JKS

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2024 MAY 21 P 3:12
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael August Gallo, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 5/13/24

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

rev.8/1/18