**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael A. Gallo<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8693<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–22360–JKS | | |

# Order of Discharge                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Michael A. Gallo

9/26/24                                                     **By the court:** John K. Sherwood
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A. Gallo  
    Debtor

Case No. 19-22360-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 26, 2024      Form ID: 3180W      Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Gallo, 16 Maple Ave., Westwood, NJ 07675-1641 |
| cr | + | U.S. Bank National Association, as Trustee relatin, PO Box 636007, Littleton, CO 80163-6007 |
| 518314252 | + | Dept. of Education/Great Lakes, 2401 International PO Box 7859, Madison, WI 53707-7859 |
| 518314251 | + | Dept. of Education/Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 518314253 | + | Drs. Barbieri, Colameo and Berardo, 16 Johnson Ave., Hackensack, NJ 07601-4818 |
| 518434284 | | George A Gallo, 1131 Berkley Ave, Westwood, NJ 07675 |
| 518314256 | + | George Daily, 63 Vernon Way, Port Reading, NJ 07064-1331 |
| 518314255 | + | George Daily, 131 Berkeley Ave., Westwood, NJ 07675-1804 |
| 518314262 | + | Neurosurgical Associates, PC, PO Box 21127, New York, NY 10087-1127 |
| 518314268 | + | Raymond B. Calantone, DMD, 466 Old Hook Rd. Ste. 5, Emerson, NJ 07630-1368 |
| 518314274 | + | Susan A Gallo, 16 Maple Ave., Westwood, NJ 07675-1641 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Sep 27 2024 00:22:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518381198 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 26 2024 20:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518314240 | + | Email/Text: legal@arsnational.com | Sep 26 2024 20:37:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 518354018 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2024 20:41:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518387016 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2024 20:41:07 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518314243 | + | EDI: TSYS2 | Sep 27 2024 00:22:00 | Barclays, PO Box 8802, Wilmington, DE 19899-8802 |
| 518314241 | + | EDI: TSYS2 | Sep 27 2024 00:22:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 518314242 | + | EDI: TSYS2 | | |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 27 2024 00:22:00 | Barclays, 125 S. West St., Wilmington, DE 19801-5014 |
| 518314248 | | Email/Text: constar.administration@constarfinancial.com | Sep 26 2024 20:37:00 | Constar Financial Services, LLC, 10400 N. 25th Ave. Ste. 100, Phoenix, AZ 85021 |
| 518429653 | + | EDI: CITICORP | Sep 27 2024 00:22:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518314245 | + | EDI: CITICORP | Sep 27 2024 00:22:00 | Citibank/Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518314246 | + | EDI: CITICORP | Sep 27 2024 00:22:00 | Citibank/Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518314247 | + | EDI: CITICORP | Sep 27 2024 00:22:00 | Citibank/Sears, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518314250 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 26 2024 20:40:39 | Dell Financial Services, One Dell Way, Round Rock, TX 78682 |
| 518323242 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 20:41:09 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518314254 | | EDI: CITICORP | Sep 27 2024 00:22:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45050 |
| 518314261 | | EDI: CITICORP | Sep 27 2024 00:22:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518314249 | + | Email/PDF: DellBKNotifications@resurgent.com | Sep 26 2024 20:41:15 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 518430113 | | EDI: Q3G.COM | Sep 27 2024 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518398938 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 26 2024 20:38:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518314244 | | EDI: JPMORGANCHASE | Sep 27 2024 00:22:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 518360776 | + | Email/Text: RASEBN@raslg.com | Sep 26 2024 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518314257 | ^ | MEBN | Sep 26 2024 20:30:19 | Kia Motors Finance Co., 10550 Talbert Ave., Fountain Valley, CA 92708-6031 |
| 518314259 | + | EDI: LENDNGCLUB | Sep 27 2024 00:22:00 | Lending Club, 595 Market St., San Francisco, CA 94105-2802 |
| 518314260 | + | EDI: LENDNGCLUB | Sep 27 2024 00:22:00 | Lending Club, 21 Stevenson Ste. 300, San Francisco, CA 94105-2706 |
| 518314258 | + | EDI: LENDNGCLUB | Sep 27 2024 00:22:00 | Lending Club, 71 Stevenson St. Ste. 300, San Francisco, CA 94105-2985 |
| 520254579 | + | EDI: LENDNGCLUB | Sep 27 2024 00:22:00 | LendingClub Corporation, Dept. #34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 518429566 | + | EDI: LENDNGCLUB | Sep 27 2024 00:22:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 520392280 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2024 20:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392279 | | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2024 20:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518314263 | + | Email/Text: ngisupport@radiusgs.com | Sep 26 2024 20:37:00 | Northland Group, PO Box 390905, Minneapolis, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 3180W | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | MN 55439-0905 |
| 518431006 | | EDI: PRA.COM | Sep 27 2024 00:22:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 518431010 | | EDI: PRA.COM | Sep 27 2024 00:22:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518423048 | | EDI: PRA.COM | Sep 27 2024 00:22:00 | Portfolio Recovery Associates, LLC, c/o Jetblue Card, POB 41067, Norfolk VA 23541 |
| 518314265 | + | EDI: SYNC | Sep 27 2024 00:22:00 | PayPal Credit, PO Box 5018, Timonium, MD 21094-5018 |
| 518314264 | | EDI: SYNC | Sep 27 2024 00:22:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 518314266 | + | Email/Text: pcabkt@phillips-cohen.com | Sep 26 2024 20:37:00 | Phillips & Cohen, 1002 Justison St., Wilmington, DE 19801-5148 |
| 518314267 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 26 2024 20:38:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 520093895 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 20:40:41 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518314270 | | Email/Text: EBN@seliplaw.com | Sep 26 2024 20:37:00 | Selip & Stylianou, LLP, PO Box 9004, 199 Crossways Park Dr., Woodbury, NY 11797 |
| 518314273 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 26 2024 20:37:00 | Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163 |
| 518420863 | + | Email/Text: bncmail@w-legal.com | Sep 26 2024 20:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518314269 | ^ | MEBN | Sep 26 2024 20:30:34 | Selip & Stylianou LLP, PO Box 914, 10 Forest Ave. Ste. 300, Paramus, NJ 07652-5238 |
| 518314272 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 26 2024 20:37:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518315293 | ^ | MEBN | Sep 26 2024 20:29:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518314276 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518314275 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518314277 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518314280 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/JCPenney, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518314278 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/JCPenney, PO Box 965036, Orlando, FL 32896-5036 |
| 518314279 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 518314281 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/ToysRUs, PO Box 965001, Orlando, FL 32896-5001 |
| 518314282 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/ToysRUs, PO Box 965036, Orlando, FL 32896-5036 |
| 518314283 | + | EDI: SYNC | Sep 27 2024 00:22:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518384539 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 26 2024 20:37:00 | U.S. Bank National Association Trustee (See 410), |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | | c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518335845 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 26 2024 20:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518399684 | EDI: WFFC2 | Sep 27 2024 00:22:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518314284 | + EDI: WFFC2 | Sep 27 2024 00:22:00 | Wells Fargo/Raymour & Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520093896 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518314271 | ##+ | Snap Diagnostics, 5210 Capital Dr., Wheeling, IL 60090-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, by its Servicing Agent Specialized Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Susan S. Long | on behalf of Debtor Michael A. Gallo susan@susanlonglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5